IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL CRAWFORD | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE | : | NO. 08-5483 |
| COMPANY, and HUGH | : | |
| DONAGHUE, ESQ., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 31st day of August, 2009, upon consideration of the Motions to Dismiss Filed by Defendants Allstate and Hugh Donaghue (Doc. Nos. 4 & 6), Crystal Crawford's Response (Doc. No. 8), Defendants' Reply Briefs (Doc. Nos. 9 & 13), and Crawford's Sur-Reply (Doc. No. 11), it is determined Defendants' Motions are granted and denied it part.

This Court determines that it lacks jurisdiction over Crawford's claim against Defendant Donaghue. The portions of Crawford's Complaint dealing with Defendant Donaghue are **REMANDED** to the Court of Common Pleas of Philadelphia. Crawford's claim against Allstate is identical to the claim she previously filed in this Court. Accordingly, her claim against Allstate is dismissed as moot, the Court having this day entered an order granting Allstate's Motion for Summary Judgment (Civil Action No. 07-3758).

This case is **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.